# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

IN RE: MICHAEL R. KEENAN　　　　　　　　　　CASE NO: 13-05-21229 SA
RAMONA L. KEENAN
**DEBTORS**

## SUPPLEMENTAL
## MOTION TO DISMISS

The Standing Chapter 13 Trustee, Kelley L. Skehen, respectfully requests the Court enter an order dismissing the above captioned Chapter 13 case. In support of her request, the Trustee states as follows:

1. A voluntary petition commencing this case was filed on October 15, 2005.

2. There is cause for dismissal, as follows:

3. Material default by the Debtors with respect to a term of a confirmed plan or Court Order. Debtors have failed to provide information and/ or documents regarding the status and disposition of the sale of the property located in Salton City, CA.

WHEREFORE, the Chapter 13 Trustee requests that the Court enter an order granting the relief requested above and granting such other and further relief as the Court may deem just and proper.

KELLEY L. SKEHEN
STANDING CHAPTER 13 TRUSTEE

Electronically filed/Kelley L. Skehen/tk

Kelley L. Skehen
625 SILVER SW, SUITE 350
ALBUQUERQUE, NM 87102
(505) 243-1335 fax (505) 247-2709
orders@ch13nm.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

IN RE: **MICHAEL R. KEENAN**  CASE NO: 13-05-21229 SA
**RAMONA L. KEENAN**  JUDGE: JAMES S. STARZYNSKI
**DEBTORS**

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing. I certify that the foregoing was mailed by first class mail, to the Debtors and the following parties at the address(es) below on September 23, 2010 .

MICHAEL R. KEENAN
RAMONA L. KEENAN
4600 SUNSET CANYON PLACE
ALBUQUERQUE, NM  87111

Homes by Labbate, LLC
Michael Labbate
3524 Yosemite Drive NE
Albuquerque, NM  87111

YVETTE J  GONZALES
PO BOX 1037
PLACITAS, NM  87043

US BANKRUPTCY COURT CLERK
PO BOX 546
ALBUQUERQUE, NM  87103