UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: MICHAEL R. KEENAN
RAMONA L. KEENAN,　　　　　　　　　　　　　　　No. 13-05-21229 SA
　　　　Debtor(s).

### SCHEDULING ORDER FROM PRELIMINARY HEARING
### ON TRUSTEE'S MOTION TO DISMISS HEARING

THIS MATTER came before the Court for a preliminary hearing on the Trustee's Motion to Dismiss on November 2, 2010. Counsel and parties are listed below.

Continued preliminary hearing on the Motion to Dismiss is set for December 21, 2010, at 11:00 AM on a trailing docket, in:

Judge Starzynski's hearing room, 13th Floor, Dennis Chavez Federal Building and United States Courthouse, 500 Gold Avenue, SW, Albuquerque, New Mexico 87102.

**IT IS ORDERED** that the preliminary hearing is continued to December 21, 2001 at 11:00 a.m.

*/s/ James S. Starzynski*
Honorable James S. Starzynski
United States Bankruptcy Judge

Date Entered on Docket: November 3, 2010

COPY TO:

Kelley Skehen
Standing Chapter 13 Trustee
625 Silver SW, Ste. 350
Albuquerque, NM 87102
(505) 243-1335
Fax (505) 247-2709

Copies to:

Christopher L. Trammell
Attorney for Debtors
3900 Juan Tabo Blvd NE
Albuquerque, NM 87111

Michael R. Keenan
4600 Sunset Canyon Place
Albuquerque, NM 87111

Ramona L. Keenan
4600 Sunset Canyon Place
Albuquerque, NM 87111

Rob Treinen
Ste 2000 E
300 Central Ave SW
Albuquerque, NM 87102